STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KEVIN M. LALLY (Cal. Bar No. 226402)
Assistant United States Attorney
Chief, OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-2170
    Fax:          (213) 894-0142
    E-mail address: kevin.lally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **SA CR 12-84-JVS** |
|---|---|
| Plaintiff, | No. SA CR 12-240-JVS |
| v. | ORDER |
| BRUCE ANDREW WATSON, and | |
| JOHN ALVIN WALKER, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The motions hearing for defendant Nicholas Martin Butier's motion for declaratory judgment (CR 629), which was joined by defendants Michael Alan Nixon (CR 636), Alan David Nixon (CR 638), and John Eugene Scandalios (CR 641) in No. SA CR 12-240-JVS, and defendant Bruce Andrew Watson (CR 56) in No. SA CR 12-84-JVS, and the motions hearing for the Court's Order to Show Cause (CR 639) are hereby continued to April 13, 2015, at 3:00 p.m.

IT IS FURTHER ORDERED THAT the government's position with

1

1  respect to defendant Butier's Motion for Declaratory Judgment and the
2  Court's Order to Show Cause shall be filed by Monday, March 9, 2015.
3     IT IS FURTHER ORDERED THAT defendants' response to the Court's
4  Order to Show Cause and Replies to the government's position on
5  defendant Butier's Motion for Declaratory Judgment shall be filed by
6  Monday, March 30, 2015.
7     DATED: February 13, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE