# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 12-00084-JVS | Date | March 3, 2015 |
| Title | United States of America v. Bruce Andrew Watson | | |

**Present: The Honorable**  Douglas F. McCormick

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Terri Steele | n/a |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**    (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

    Defendant appeared after being taken into custody on an arrest warrant issued by issued by United States District Judge James V. Selna on a petition alleging several violations of the terms and conditions of his pretrial release. The Court conducted a hearing on the alleged violations. Based on the information presented at the hearing, and Defendant's failure to contest the allegations, the Court finds that there is clear and convincing evidence that Defendant has violated the conditions of his release; specifically, the Court finds that Defendant has failed to satisfy the drug-use condition as alleged in the petition. The Court also finds that Defendant engaged in deceptive conduct. The Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

    Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained pending trial in this matter. The bond posted to secure Defendant's release is ordered exonerated.

Initials of Clerk  ts